UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JUAN GARCIA § § **Plaintiff,** § § v. § U PULL IT § AUTO & TRUCK SALVAGE, INC. § § BEHROUZ HEYDARIAN, Individually § and § ASADOLLAH HEYDARIAN, Individually § § **Defendants.** § | Civil Action No. 3:14-cv-3655 JURY DEMANDED |

## ORIGINAL COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW Plaintiff, JUAN GARCIA, by and through his undersigned attorney of record, and sues Defendants, U PULL IT AUTO & TRUCK SALVAGE, INC., BEHROUZ HEYDARIAN, individually, and ASADOLLAH HEYDARIAN, individually, and in support thereof would show unto this Honorable Court as follows:

1.   Plaintiff brings this action for overtime compensation and other relief under the Fair Labor Standards Act, as amended, 29 U.S.C. §216(b).

2.   Plaintiff is an individual residing in Dallas County, Texas.

3.   Defendant, U PULL IT AUTO & TRUCK SALVAGE, INC. is a Texas Corporation and maintains and operates its principal office in Dallas County, Texas.  This Defendant may be served by serving its registered agent Bruce Heydarian, 4009 E. Jefferson Street, Grand Prarie, Texas  75051.

4.   Defendant, BEHROUZ HEYDARIAN, is an individual who, upon information and belief, resides in Dallas County, Texas.  This Defendant may be served at 4009 E. Jefferson

1

Street, Grand Prarie, Texas  75051.

5. Defendant, ASADOLLAH HEYDARIAN, is an individual who, upon information and belief, resides in Dallas County, Texas.  This Defendant may be served at 4009 E. Jefferson Street, Grand Prarie, Texas  75051.

6. At all times relevant to this claim, Defendants BEHROUZ HEYDARIAN and ASADOLLAH HEYDARIAN acted directly or indirectly in the interest of Defendant U PULL IT AUTO & TRUCK SALVAGE, INC. in relation to Plaintiff's employment and were substantially in control of the terms and conditions of the Plaintiff's work. Defendants BEHROUZ HEYDARIAN and ASADOLLAH HEYDARIAN were employers of the Plaintiff as defined by 29 U.S.C. §203(d).

7. Jurisdiction is conferred on this Court by Title 28 U.S.C. §1331, Title 28 U.S.C. §1337, and by Title 29 U.S.C. §216(b).  At all times pertinent to this complaint, U PULL IT AUTO & TRUCK SALVAGE, INC. was an enterprise engaged in interstate commerce. At all times pertinent to this Complaint, Defendants regularly owned and operated a business engaged in commerce or in the production of goods for commerce as defined by §3(r) and 3(s) of the Act, 29 U.S.C. §203(r) and 203(s). Additionally, Plaintiff was individually engaged in commerce and her work was essential to Defendants' business.

8. Venue is proper in this district under 28 U.S.C. § 1391.

9. Plaintiff worked for Defendants from approximately March 2010 through March 2014 as a nonexempt sales/delivery employee.

10. During one or more weeks of Plaintiff's employment with Defendants, Plaintiff worked in excess of forty (40) hours (overtime hours).

11. During one or more weeks of Plaintiff's employment with Defendants wherein

Plaintiff worked overtime hours, Defendants failed to pay Plaintiff one and one-half times his regular rate of pay for each overtime hour worked.

12. The acts described in the preceding paragraph violate the Fair Labor Standards Act, which prohibits the denial of overtime compensation for hours worked in excess of forty (40) per workweek. Defendants willfully violated Plaintiff's rights under the FLSA.

13. As a result of Defendants' unlawful conduct, Plaintiff is entitled to actual and compensatory damages, including the amount of overtime which was not paid and which should have been paid.

14. Plaintiff seeks and is entitled to an award of liquidated damages in an equal amount of the unpaid overtime pay pursuant to Section 216 of the Act.

15. Plaintiff also seeks compensation for expenses and costs of court that will be incurred in this action. Plaintiff is also entitled to reasonable and necessary attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that:

1. The Court assume jurisdiction of this cause and that Defendants be cited to appear;

2. The Court award damages to Plaintiff as specified above with Defendants being found jointly and severally liable;

3. The Court award reasonable and necessary attorneys' and expert fees and costs;

4. The Court award Plaintiff pre-and post-judgment interest at the highest rates allowed. Plaintiff further prays for any such other relief as the Court may find proper, whether at law or in equity.

## **JURY TRIAL DEMAND**

Plaintiff demands a jury trial on all issues so triable.

Respectfully submitted,

By: /s/ David G. Langenfeld
    **David G. Langenfeld**
    State Bar No. 11911325
    DUNHAM & JONES, P.C.
    1800 Guadalupe Street
    Austin, TX 78701
    Tel.: (512) 777-7777
    Fax: (512) 340-4051
    E-mail: david@dunhamlaw.com

    **Scotty Jones**
    State Bar No. 00796848
    DUNHAM & JONES, P.C.
    1110 E. Weatherford Street
    Fort Worth, TX 76102
    Tel: (817) 339-1185
    Fax: (817) 810-0050
    E-mail: sjones@dunhamlaw.com

    **ATTORNEYS FOR PLAINTIFFS**