IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JUAN GARCIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:14-cv-3655-BN |
| | § | |
| U PULL IT AUTO & TRUCK SALVAGE, INC., ET AL., | § | |
| | § | |
| Defendants. | § | |

## JUDGMENT

This judgment is entered pursuant to the Court's Memorandum Opinion and Order entered this same date. It is ORDERED, ADJUDGED, and DECREED that Plaintiff Juan Garcia's Motion for Partial Summary Judgment [Dkt. No. 19] is DENIED, Defendants' Motion for Partial Summary Judgment [Dkt. No. 24] is GRANTED, and Plaintiff Juan Garcia's claim against Defendants U Pull It Auto & Truck Salvage, Inc., Behrouz Heydarian, and Asadollah Heydarian is dismissed with prejudice. Costs of court are taxed against Plaintiff Juan Garcia.

DATED: February 4, 2016

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE